**FILED**

APR 1 1 2019

Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF FACTS

Leading up to February 26, 2019, a detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the UC entered a public group on KIK[1] with a title indicative of its use for the exchange of child pornography and other child exploitation activity. While observing the users in the group, the UC observed user "demon_1993," later identified as ROBERT ANDREW RILEY (herein "RILEY") post a message asking if anyone was "live" with their children. The UC initiated a private KIK chat with this user.

Once engaged in the private KIK chat with the UC, RILEY stated that he started a group looking for real parents. During the course of the private KIK chat, the UC told RILEY that the UC has an 8-year-old daughter. RILEY stated that he was 25 years old, that he, too, had an 8-year-old daughter, and that he had "fucked her butt." RILEY then sent the UC a photograph of a female child approximately 8 years old, sitting in the lap of an adult male. Only the bottom half of the male's face was visible to the camera. RILEY stated that he was looking for someone "legitimate" to be his "moderator"[2] of a KIK group for real parents. RILEY added the UC to a group called, "Taboo Parents" and made the UC a moderator of the group.

### A. "Taboo Parents" KIK Group Activity

Between February 26 and March 27, 2019, "Taboo Parents" had 54 unique members who

---

[1] KIK is a freeware instant messaging mobile application where one can transmit and receive messages, photos, videos, sketches, mobile webpages, and other content. Users can communicate privately with other users or in groups.

[2] A moderator, also called an administrator, in a KIK Group is responsible for inviting new members to the group, banning members from the group, and establishing the rules of the group.

1

entered into the group. Membership ebbed and flowed over that period as users entered and left the group, but as of March 27, 2019, there were 36 members in the group. In addition to RILEY, these members included users with the user names "littlesarah6021," later identified as RICHARD CASEY MCGARRAH (herein "MCHARRAH"); "lacylaw2," later identified as ASHLEY ANNE IVERSON (herein "IVERSON"); "carolinamilv," later identified as JAMES RICHARD BENNETT (herein "BENNETT"); "chronicchef23," later identified as CODY TAYLOR GRIGORIADIS (herein "GRIGORIADIS") "ohyes2756;" "sarahharas7c;" and "kendra112211."

In his role as moderator of the "Taboo Parents" KIK group, RILEY had authority to add members to or ban members from the group, as well as set rules for the group. For example, on March 17 and March 22, 2019, respectively, RILEY invited KIK users "brownietrucker24" and "mio210" to the group. On March 8, 2019, RILEY stated, "Do not randomly add people instaban,"[3] to which GRIGORIADIS replied "copy that." RILEY replied, "Ill let it slide."[4] RILEY then banned a member with the display name "tony .", demonstrating that he was an administrator who had the power to invite or remove members. On March 9, 2019, the user with the display name "tony ." was re-invited to the chat by MCGARRAH, another of the group's moderators who also had the power to add and remov members. In response, RILEY wrote, "Tony you have one strike, which resulted in a temporary t My only rule is Do not add anyone without permission .we clear? Goes for all non admins c defeats the verification process."

Between March 8, 2019 and March 27, 2019, in his role as a moderator, MCGART over 30 new participants to the "Taboo Parents" group and banned two users. MCGAP

---

[3] Your affiant understood "instaban" to be a shorthand for "instantly banned," ·
would be immediately removed from the group.

[4] All typographical errors or text abbreviations in quoted chat language are

rules for the group.  For example, on March 9, 2019 the following exchange occurred in the group:

> Mattfun28: Enjoyed those videos! If had someone to chat with and share pics with see how turned on I'd get and see what happens
>
> MCGARRAH: The group is open you can chat as much as you would like
>
> Justmeag1: I willchat any time
>
> MCGARRAH: What I'm getting at is you can share anything you want in the group
>
> Mattfun28: I'm laying on couch hard in my pants. Baby asleep and 2 yo running around
>
> MCGARRAH: You should r[o]ck the baby in your lap

Additionally, on the same date, in response to user "karnati05" looking for more content to be posted to the group, MCGARRAH stated "Group will get busy cool your jets" and "And to help you out do not be pushy if we get complaints we will have to boot you." On March 10, 2019, MCGARRAH stated, "Yes it was active earlier today just remember nothing is off-limits you can post anything you want." On March 17, 2019, MCGARRAH stated, "Group is private so you can share immediately…No limits." On March 21, 2019, MCGARRAH queried the group for any users who were interested in being "Admins." User "eliforp2019" indicated he wanted to be an administrator and was promoted to that role by MCGARRAH on the same date.

In the "Taboo Parents" KIK group, moderators and users discussed the sexual abuse of children and encouraged the members to post and share with "no limits."  For example, on March 9, 2019, the following exchange occurred:

> IVERSON: I would love to watch a young boy and a young girl put the same age played with by a man
>
> Peterfc90: Yeah lacy! Have u there holding them down for us to use them
>
> IVERSON: Dreams ahhhhhh……..

Eliforp2019: Lacy, would you use them yourself?

Peterfc90: Hopefully

IVERSON: I'd help for surr

IVERSON: I just love watching. I used to have A friend that I'd let come touch any kids that I had asleep here n I just watched

Peterfc90: Hot

Peterfc90: Love to come use them infront of u

IVERSON: Mmmmm please

Eliforp2019: Just watch? Did you masturbate too?

IVERSON: Of course I came like 5 times the first time he came n touched 4 kids

On March 11, 2019, the following exchange ensued:

IVERSON: Anyone with very young kids?

IVERSON: I had sex in front of my niece she is 3. We lickerd her. N today I'm going to try n have her for a few days so we can fully break her in. Like I want my friend to do it all

Similarly, on March 10, 2019, in response to BENNETT asking if there were any parents with newborns, KIK user "alandemily47," later identified as ALVA REED REES (herein REES) responded, "My wife and I are due in April with twins." On March 11, 2019, beginning at 7:45PM EST, REES sent the group three images of a nude adult pregnant female whose face is visible to the camera. REES then stated, "We're looking at about a month till delivery." and "We've got twins that are due in a month so I'll have a lot more to post soon."

Also, on March 12, 2019, KIK user "sam1987787" asked the group, "What is everyone's favorite ages to start playing?" In response, BENNETT answered "new born." As the conversation continued, "ohyes2756" responded, "I want to breed. And start from day 1." He continued, "Naturally.

4

My family will be happy to babysit for other parents." IVERSON replied, "Yes right after the first bath while still in the hospital start licking or sucking."

During the time the group was moderated by the UC, images and videos depicting child pornography were posted to the group by multiple users. For example, on March 9, 2019, at 4:57 PM EST the following conversation occurred in the "Taboo Parents" group chat:

GRIGORIADIS: Anyone in socal? Thinking about hosting[5]

GRIGORIADIS: Or is that a bad idea?

Littlesarah6021: Never a bad idea

GRIGORIADIS: lol okay

Eliforp2019: Would... would your wife get involved? With the young ones?

GRIGORIADIS: Probably go for when she outa town for that one

GRIGORIADIS: Think it be cool if a group took the youngest ones cherry[6]

GRIGORIADIS then posted a 14 second video file depicting an adult male penetrating the vagina of a female toddler with his penis. In response IVERSON stated, "My dream would be to help a man with a girl about the age of the girl in video," On March 10, 2019, at 10:15 AM EST, GRIGORIADIS also posted a 31 second video of an adult male penetrating a female toddler's vagina with his penis, and an 18 second video of an adult male pressing his penis against the anus of a toddler until the adult ejaculates on the child. The child is on her hands and knees and knees and is wearing handcuffs around her ankles.[7] In response, MCGARRAH replied, "Damn brother that's nice."

---

[5] Your affiant is aware that "socal" is an abbreviation for Southern California, where, as set forth below GRIOGORIADIS resides.

[6] Your affiant is aware that "[taking] the youngest one's cherry" refers to taking her virginity.

[7] These three videos were observed by the UC within the KIK group; however the forensic extraction of the undercover cell phone did not properly extract the videos within the chat. Your affiant was able to locate videos elsewhere in the forensic extraction of the UC cellphone which,

BENNETT responded, "Never thought to use hand cuffs on the legs. Perfect." On March 10, 2019,

GRIGORIADIS also advised the group that he is 29 years old and has two step daughters, 11 and 15

years old. In discussing famous individuals having sex with minors, GRIGORIADIS further advised

the group that he previously worked for "an oceanfront resort" and stated "got tipped hush money

when I deliver room service to the door and see something rather compromising."

On March 11, 2019, IVERSON sent an image of her face with the text "Meeee" as well as a

video of herself nude to the group. In the video, her face is visible to the camera and a tattoo can be

seen on her right abdomen/hip area. IVERSON then posted clothed images of her son and daughter to

the group, and subsequently wrote "I love cp and bp."[8]  She further stated, "Mmmm I've got links."[9]

REES, stated "will you share the links with us." The following conversation then begins at 7:53PM

EST:

> Justmeag1: Please share, ((,
>
> IVERSON: [link to a maga.nz[10] page]
>
> Jestmeag1: What app is that
>
> IVERSON: My fave [second link to a mega.nz page]
>
> IVERSON: Mega

---

based on her training and experience, your affiant believes to be the videos sent by
GRIGORIADIS to the group.

[8] Based on her training an experience, your Affiant is aware that "cp" is an abbreviation for
"child pornography."

[9] Based on her training and experience, your Affiant is aware that "links" is a reference to
hyperlinks that allow a user to share the content of a cloud storage account such as Dropbox or
Mega.nz, which are commonly used among individuals engaged in the trafficking of child
pornography to collect and share images and videos of child pornography.

[10] Mega.nz is file hosting service that allows users to store files and data in the cloud. Users can
then share those files via links to the content stored in the mega.nz account.

REES: These won't play

IVERSON: They will

IVERSON: Not all but they will

Justmeag1: Waiting patiently

Justmeag1: Impatiently

IVERSON: For what

REES: They won't play

Justmeag1: For them to play

IVERSON: None??

Justmeag1: Nope

REES: They have to be underlined or they won't load

BENNETT: Works here

IVERSON: Then copy n paste it back hetr

Dinero357: Can someone post them on here

BENNETT: Yeah Lacy. I did that . works

REES: [reposts the second Mega.nz link previously provided by IVERSON as an active hyperlink capable of displaying the content therein]

Justmeag1: There we go

BENNETT: Rooms quiet while cocks come our  and clits get rubbed lol

Rover35: Hehehe

Justmeag1: Im jacking off lol

Rover35: I best not look until I get home as I'm at work right now

Dinero357: Yes they are hot hot vids

Justmeag1: AMAZING

BENNETT: Moms rubbing clits dad's jacking off. I need a new born to use

Ohyes2756: Yes!

At that time, the UC reviewed the contents of the links initially provided by IVERSON, one of which was reposted by REES, and noted that they contained numerous videos of children as young as toddlers being sexually abused.

On March 11, 2019, at approximately 12:07 PM EST, REES sent a 44 second video to the "Taboo Parents" KIK group that depicted an adult female and adult male in bed with a male toddler. The adult male is lying nude, face up with his penis exposed, and is being masturbated by the female who is lying in bed next to him with her breasts exposed. The toddler is lying in the bed resting on the female's arm and watching cartoons on a cell phone being held in the female's other hand. The video appears to be taken with a device being held by the adult male. Several additional users commented on the video, including a KIK user with the user name "sam1987787" who stated, "Damn that vid is amazing al." Another KIK group member with the user name "justmeag1" stated, "Very nice. My xwife and I used to play in front of the kids." IVERSON responded, "Fucking hot."

At 11:56AM EST on March 12, 2019, "ohyes2756" posted a Mega.nz link to the group, prompting user "justmeag1" to respond "Wow. So hot." At that time, the UC reviewed the contents of the link provided by "ohyes2756," and noted that the folder contained in the link was titled, "all" with other sub-files. The folder contained hundreds of videos depicting children as young as toddlers performing sexual acts. Later on the same date, "ohyes2756" also sent several videos depicting adult women performing sexual acts on prepubescent children.[11] Examples of those videos are described as

---

[11] These videos were observed by the UC within the KIK group; however the forensic extraction of the undercover cell phone did not properly extract two of the videos within the chat. Your affiant was able to locate videos elsewhere in the forensic extraction of the UC cellphone which,

follows:

      1. A video depicting an adult female engaged in mouth to penis contact with a male toddler;

      2. A video depicting an adult female engaged in mouth to penis contact with a prepubescent male child who appears approximately 9 years old; and

      3. A video depicting an adult female engaged in mouth to vagina contact with a female toddler.

After sending the videos, "ohyes2756" made the following comment: "I fucking love watching moms play." In response to the videos, IVERSON commented "Love the last vid" and "Nice vid mmm."

On March 12, 2019, law enforcement accessed the Mega.nz links provided by IVERSON, REES, and "ohyes2756" for a more comprehensive review of the content. At that time, the first link shared by IVERSON contained 26 video files and one image file depicting child pornography. At that time, the video files were not directly accessed, however thumbnail images of the videos were observed. Several of these thumbnail images constituted child pornography. Specifically, the following thumbnails were observed:

      1. A thumbnail image representing a 44 second video file whose title begins "P0pdoizChd1wja5n," which depicted a male child engaged in mouth to penis contact with another male child approximately 10 years of age;

      2. A thumbnail image representing a 41 second video file whose title begins "1_495397103619538," which depicted an adult male penetrating the anus of a male toddler with the adult's penis, and

      3. A thumbnail image representing a 2 minute 11 second video file whose title begins, "VID_20170511-WA00," which depicted an adult male penetrating the anus of a prepubescent male child with the adult's penis.

Upon review, the Mega.nz link originally shared by IVERSON and reposted by REES contained several hundred image and video files, the majority of which appeared to depict child

---

based on her training and experience, your affiant believes to be the videos sent by "ohyes2756" to the group.

pornography. Specifically, inside a subfolder labeled "cp" within the folder "mom and child," your

Affiant observed the following videos:

1. A one minute and ten second video file entitled "4c76d15fc8_240.mp4," which depicted an adult male penetrating the vagina of a prepubescent female with his penis and appearing to ejaculate inside her.

2. A two minute and thirty one second video entitled "cp mg27.mp4," which appeared to be four separate videos spliced together to create a single file. These four videos depicted: a) an adult female engaged in mouth to vagina contact with a female toddler, as well as digitally penetrating the child's vagina, b) an adult male penetrating the vagina of a female toddler with his penis, c) an adult male penetrating the vagina of a female toddler with his penis, and d) an adult male penetrating the vagina of a female toddler with his penis.

3. A forty-five second video file entitled "cp anal y vaginal.mp4," which depicted an adult male penetrating the anus and vagina of a female toddler.

4. A three minute and eleven second video file entitled "cp 5.mp4," which depicted the vaginal penetration of a female infant using a toothbrush and a purple rod. After the purple rod was used to penetrate the infant, it was put into the infant's mouth. A sign visible behind the infant reads "Puffy Pudenda For Hoarders Hell." [12]

Upon review, the link shared by "ohyes2756" contained dozens of image and video files which

depicted child pornography. At that time, the files were not directly accessed, however thumbnail

images of the videos were observed. Several of these thumbnail images constituted child pornography.

Specifically, the following thumbnails were observed:

1. A thumbnail image representing a two minute and 31 second video file entitled "cp mg27.mp4," which depicted an adult female engaged in mouth to vagina contact with a female toddler;

2. A thumbnail image representing an eight minute 46 second video file whose title begins "VID-20160221-WA00," which depicted an adult male penetrating the vagina of a prepubescent female child with his penis, and

3. A thumbnail image located in a subfolder labeled "girls under 6 sex" representing a one minute and 25 second video entitled "cp fuck me.mp4" which depicted an adult male penetrating the vagina of a female toddler with his penis. There is an arrow drawn on the

---

[12] Based on her training and experience, your Affiant is aware that "Hoarders Hell" is a website maintained on the dark web which hosts large amounts of child pornography, specifically images and videos depicting violent sexual abuse of children.

toddler's stomach pointing to her vagina.

On March 20, 2019 at 2:27 AM EST, RILEY posted a 43 second video file depicting child pornography to the group. The video depicted an adult male penetrating the anus of a female toddler with his penis, and appearing to ejaculate inside the toddler's anus. At 8:14 AM EST on the same date, apparently in response to the video posted by RILEY, user "kendra112211" stated, "That's my favorite video." She continued, "Anything else just like that toddler getting her ass filled?" "kendra112211" then posted a Mega.nz link. At that time, the UC reviewed the contents of the link provided by "kendra112211" and noted that it contained numerous videos depicting the sexual abuse of children.

On March 20, 2019, law enforcement accessed the Mega.nz link provided by "kendra112211" for a more comprehensive review of the content. Upon review, the link contained hundreds of image and video files which appeared to depict child pornography. At that time, the files were not directly accessed, however thumbnail images of the videos were observed. Several of these thumbnail images constituted child pornography. Specifically, the following thumbnails were observed in a folder labeled "cp":

1. A thumbnail image representing an eight minute and 52 second video whose title begins "VID-20161122-WA00," which depicted an adult male penetrating the anus of a female toddler with his penis;

2. A thumbnail image representing six minute and 14 second video whose title begins "VID-20161124-WA00," which depicted an adult male's penis in an infant's mouth;

3. A thumbnail image representing a 59 second video whose title begins "VID-20161125-WA00," which depicted an adult male penetrating the vagina of a female toddler with his penis.

On March 25, 2019, at 12:53 AM EST, RILEY posted a 20 second video of a prepubescent female child approximately 10 years old performing oral sex on an adult male. At 1:22 AM EST, RILEY posted an image file taken from the back side of a female child who is on her knees and elbows with her legs spread apart exposing her vagina to the camera. In response, KIK user "rover35" stated,

"Wow gorgeous;" MCGARRAH stated "Yummy;" KIK user "dinero357" stated "Mmmm yes;" and user "eliforp2019" stated, "I imagine her mommy lubing up a strapon for that presentation.."

In addition to participating in the "Taboo Parents" KIK group chat, the UC also engaged in private one-on-one KIK messaging with some of the group members. These KIK users continued to engage the UC in conversation about the sexual abuse of children and distributed images and videos of child pornography directly to the UC in this format. For example, on March 11, 2019, while engaged in a private message conversation with the UC, BENNETT advised the UC that he has three children, 10 and 14 year old boys, and an 11 year old girl, who are half Asian. BENNETT further advised he is located in Colorado. BENNETT then provided the UC with a photograph of his three children along the edge of a pool. On March 25, 2019, BENNETT sent the following files depicting child pornography to the UC:

1. A one minute and two second video of a female child who appears to be approximately three years old, sitting nude on a bed engaged in mouth to penis contact with an adult male. The male ejaculates in the child's mouth, and, after spitting out the ejaculate onto the man's penis, the child continues to engage in hand to penis contact and then waves at the camera;

2. An image file of a female child who appears to be approximately five years old, wearing no pants or underwear and with her vagina exposed, straddling the thighs of an adult male and holding his penis in her hands;

3. An image file depicting an adult male holding his penis in the mouth of a male child who appears to be approximately six years old; and

4. An image file depicting a female child who appears to be approximately six years old on her hands and knees wearing only a bikini top. The child has what appears to be a vibrator penetrating her anus.

Similarly, beginning on March 12, 2019, the UC engaged in a private chat conversation with KIK user "kendra112211." During this conversation, the following exchange occurred:

kendra112211: What are you into

UC: Yng

12

UC: U

kendra112211: Same. Im into dads with no limits

UC: Are u really female ? Can u hold 3 fingers near your body so I know your not a dude

UC: That's me

kendra112211: I can yes

kendra112211: Are you actually active?

UC: Ok

UC: Yes with my niece when she is awake because she is to little to talk . Play with daughter

when she is asleep

kendra112211: Oh ok

kendra112211: Can you show it on KIK?

UC: Can u show u live so I know

kendra112211: Yes. Face or no?

UC: U don't have to just hold up 4 fingers near your face or chest

kendra112211: OK

kendra112211: [sends an image file of a female holding 4 fingers below her chin]

kendra112211: Can you prove your niece is there?

UC: [sends an image of four fingers next to the hip of UC's purported niece[13]]

kendra112211: Cool

kendra112211: How long you been doin stuff? And how far you get?

UC: Licking cumming on them

---

[13] All images herein sent by the UC depicting his "purported child" to members of the KIK
group, either in the group or individually, did not depict a real child.

UC: U have any kids

kendra112211: Thats hot

kendra112211: No.

kendra112211: You able to show me anything?

kendra112211: Impossible to fing anyone legit

UC: What u have ?

kendra112211: I have links

kendra112211: And my pussy lol

UC: Oh nice

UC: Of yng

kendra112211: Yes

UC: Mmmm love that the ones I have are not working

kendra112211: Mine work

UC: Have a few sneaky shots of daughter though

UC: Mmmm

kendra112211: Can you do some of your nieces pussy?

UC: My daughter is here now but yes she will be easy to do . I usually do stuff live with her

UC: U have toddler links?

kendra112211: Ok cool

kendra112211: Whichever you can do

UC: Ok

kendra112211: Ill see I have a lot

UC: Ok maybe we can work something out

UC: I can sneak a few

kendra112211: Ok

kendra112211: Guys send me all kinds of links

UC: oh nice !!

UC: Love to see

kendra112211: [sends Mega.nz link]

kendra112211: I have some links with over 700

UC: Oh wow

UC: Nice

UC: What ages does this one have ?

kendra112211: Not sure

kendra112211: Your turn ☺

UC: [sends two pictures of his purported daughter]

kendra112211: Can you do live?

UC: Yeah let me try hang on can u do some live as well ?

UC: [sends one picture of his purported daughter]

kendra112211: Nice

kendra112211: Can you actually show her tight pussy

kendra112211: Your niece is f8ne

kendra112211: I like really little too

On March 15, 2019, the private KIK messaging chat between kendra112211 and the UC continued as follows:

kendra112211: Any of her pussy?

UC: Sends picture of purported daughter]

15

kendra112211: Cute

kendra112211: Would love to see you soak her in cum

On March 21, 2019, after sending a picture of an adult female's face with four fingers held up indicating to the UC that she is "real." "kendra112211" continued private messaging the UC on KIK as follows:

kendra112211: What are you able to do to her right now?

UC: Have to be careful others here :)

UC: What u want to see

UC: Are u sure your not a cop , just nervous , can u show something to make me feel safe

kendra112211: Not a cop

kendra112211: Here a dad showed me this

kendra112211: [sends an image of a close up of an adult pulling aside a pair of panties to expose the vagina of a prepubescent female child]

UC: Mmmm he show u that live

kendra112211: Yes

UC: Nice

kendra112211: Can you spread your girls pussy for me?

…

kendra112211: Can you fuck her Tuesday?

On March 16, 2019, in response to an image file posted to the group, depicting a nude female child, who appears to be approximately 14 years old, the focus of which is the child's genitals and breasts, user "sarahharas7c" stated "Wow!." He then stated, "I will just throw it out there I have 12 and 13 year old daughters." On March 19, 2019, "sarahharas7c" sent an image file of his children to the group; the two referenced daughters and a younger son were depicted. Then, on March 18, 2019, in

direct message with the UC, "sarahharas7c" sent the UC an image of a minor female child changing clothes in a bedroom, which appears to have been taken surreptitiously from a hidden camera. The following conversation then occurs between "sarahharas7c" and the UC:

UC: Mmmm

UC: Nice ! Spy cam :)

UC: [sends an image of his purported daughter]

sarahharas7c: [sends an image of a minor female topless from the back in the bathroom which also appears to have been taken surreptitiously]

UC: So sexy

sarahharas7c: Have any of your naked?

UC: Have some with her tits

UC: What about u

sarahharas7c: I have some as well

UC: nice

sarahharas7c: Ok I'm home so I can be more active lol

UC: Lol ok great

UC: I'm 33 btw Virginia area

sarahharas7c: 32 ga

sarahharas7c: [sends a similar hidden camera picture of a minor female child in the bedroom nude from the waist down]

UC: [sends an image of his purported daughter]

UC: Nice which one is that

sarahharas7c: 13

sarahharas7c:12 was the bathroom

sarahharas7c: [sends a similar hidden camera picture of a minor female child in the bedroom nude from the waist down]

UC: Nice

UC: What kind of can u have I need to get one

UC: I have to sneak in the middle of the night

UC: [sends an image of his purported daughter]

sarahharas7c: Just some shitty $40 one from Amazon.

UC: Lol nice

UC: Looks like it works good

sarahharas7c: It does but the battery is crap lol

sarahharas7c: [sends a similar hidden camera picture of a minor female child in the bedroom who appears to be changing her clothes]

UC: Is that the oldest ? they share a room

sarahharas7c: Yeah they do

sarahharas7c: And it is

UC: Nice

UC: U ever try to capture their pussy or is that hard

sarahharas7c: Sort of. The camera doesn't give the greatest definition unfortunately

...

UC: whats the closest to her pussy u have

sarahharas7c: I have touched it while she was sleeping

sarahharas7c:  how about you?

UC: Yes I've done the same

UC: Any sleeping pics

sarahharas7c: No but I can take some tonight

UC: don't risk it lol

UC: I thought maybe u had some saved

UC: What's the best you have saved

sarahharas7c: I wish I did. I panic once a month or so and delete everything then get mad I deleted everything and start over lol

UC: Hahah I do the same

sarahharas7c: But I have some good vids saved of them changing

On March 21, 2019, REES, a registered sex offender for a previous child pornography conviction, was arrested by the FBI pursuant to an arrest warrant authorized the same date by Hon. Robin M. Meriweather, United States Magistrate Judge for the District of Columbia, for violation of 18 USC 2252(a)(2), Distribution of Child Pornography. Subsequent to his arrest, REES was interviewed by FBI Agents and admitted to using the KIK account "alandemily47" to participate in the "Taboo Parents" KIK group; receiving child pornography via KIK; reposting a link containing child pornography to the group; and to sending the video referenced above which depicted himself, his wife, and his son.

**B.    Identification of "Taboo Parents" KIK Group Participants**

The FBI served Administrative Subpoenas on KIK requesting subscriber information and IP activity for users "lacylaw2," "sarahharas7c," "carolinamilv," "demon_1993," "littlesarah6021," and "chronicchef23."

**1.  James Richard BENNETT**

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "carolinamilv," KIK provided records that indicated that the account has a display name of "J B" and an associated email address of "carolinamilv@gmail.com." IP log information spanning February 16, 2019 to March 18, 2019 was also provided, and identified multiple natting IP addresses and a single Comcast Communications IP address of 24.9.34.85 as having been used to access this account. In response to an administrative subpoena, Comcast provided records indicating that at the date and times IP address 24.9.34.85 was used to access the "carolinamilv" KIK account, it was subscribed to by Katherine Bennett, with a service address at 6555 Gemstone Way, Colorado Springs, CO, 80918. Open source queries of carolinamilv@gmail.com located an associated Google account in the name "J. Bennett." Queries of open source and law enforcement sensitive databases located JAMES RICHARD BENNETT, date of birth 07/26/1986, residing at 6555 Gemstone Way, Colorado Springs, CO, 80918. A query of Department of Motor Vehicle databases has determined that BENNETT maintains a North Carolina driver's license although he resides in Colorado.

A Facebook page was identified as belonging to BENNETT's wife, Katherine Bennett, and includes at least one publically available photo of BENNETT. Photos on this page also indicate Katherine Bennett is of Asian descent. A publicly available photograph on that profile dated December 18, 2018, showed what appears to be three minor children walking up a set of stairs. These photographs depict a family matching the description of that given by BENNETT in the KIK group, in which BENNETT also stated he resides in Colorado.

### 2. Cody Taylor GRIGORIADIS

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "ChronicChef23," KIK provided an associated email address of "gtony2369@gmail.com." Also included in the response from KIK were IP logs spanning March 4,

2019 to March 13, 2019. Examination of these logs yielded a combination of Sprint wireless IP addresses, a single AT&T U-Verse IP address, 162.194.52.29, and a single Granite Telecommunications IP address, 172.85.183.35. An administrative subpoena was served on Google requesting subscriber identification information and IP access logs associated with the email address provided by KIK, gtony2369@gmail.com. Responsive records indicate the only IP address utilized to access the account was 162.194.52.29.

An administrative subpoena was served on AT&T U-Verse requesting subscriber identification and physical service address information associated with the aforementioned IP. Responsive records provided by AT&T indicate that at the relevant dates and times, IP address 162.194.52.29 was subscribed to by Robert Johnson at 936 Ridley Circle, Simi Valley, CA, 93065.

An administrative subpoena was served on Granite Telecommunications requesting subscriber identification and physical service address information associated with the previously mentioned IP. Responsive records provided by Granite Telecommunications indicate that at the relevant dates and times, IP address 172.85.183.35 was subscribed to by STACKED: Food Well Built at The Oaks Mall, located at 446 W Hillcrest Drive, Thousand Oaks, CA, 91360.

Open source queries located an Instagram profile with username "chronicchef_official" in the name "Cody Grigoriadis" and a Facebook profile in the name "Cody Grigoriadis." Photographs and comments on both social media profiles indicate GRIGORIADIS works as a chef in the restaurant industry. Further queries of open source and law enforcement sensitive databases located CODY TAYLOR GRIGORIADIS, date of birth 06/10/1990, who has been associated with 936 Ridley Circle, Simi Valley, CA 93065 since October 2018 through the present time.

An administrative subpoena was served on Instagram requesting subscriber identification and IP access logs associated with the "chronicchef_official" account. Responsive records provided by

Instagram contained a display name of "Cody Grigoriadis," an email address of grigoriadis666777@gmail.com, and a Sprint telephone number, 805-300-6787. There was no documented IP activity during 2019.

An administrative subpoena was served on Facebook requesting subscriber identification and IP access logs associated with the aforementioned account. Responsive records provided by Instagram contained a display name of "Cody Grigoriadis," an email address of grigoriadis666777@gmail.com, and a Sprint telephone number, 805-300-6787. There was no documented IP activity during 2019.

### 3. Robert Andrew RILEY

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "Demon_1993," KIK provided records identifying an associated email address of "wthedestoyer@gmail.com." Included in the response from KIK were also IP logs spanning February 23, 2019 to March 13, 2019. Examination of these logs yielded all Verizon Wireless natting IP addresses. An administrative subpoena was served on Verizon requesting telephone number, subscriber identification information, and billing address associated with the IP addresses at dates and times they were used to access the "Demon_1993" KIK account. Verizon provided responsive records indicating that at the date and times the IP addresses were used to access the account, they were assigned to telephone number 334-419-6108, which had been resold to Tracfone with no subscriber information.

An administrative subpoena was served on Google requesting subscriber information and IP access logs associated with "wthedestroyer@gmail.com." Responsive records from Google identified the subscriber as "robert riley," with a recovery email address of "rileyrobert16@gmail.com," and telephone number 334-419-6108. The only provided IP address was captured on February 9, 2019, and was another Verizon Wireless natting IP address.

Open source queries by the FBI located additional social media profiles associated with the email provided by KIK and phone number provided by Verizon Wireless. Specifically, email address "wthedestroyer@gmail.com" was associated with multiple accounts in the name "Robert Riley." Telephone number 334-419-6108 was associated with accounts on Twitter (username: "demon12345") subscribed to in the name "Robert Riley," WhatsApp and Google in the name "Robert Riley," a Skype account (username: "robertandrew1993"), and Tango (username: "robertandrew134"). A Facebook page was also located bearing unique ID "robertandrew134" and display name "Robert Andrew Riley." That Facebook user identifies his current location as Randolph, Alabama and includes multiple publically available profile photographs. The individual depicted in these photographs is consistent with the partial male face visible in the photograph provided to the UC by KIK user "Demon_1993."

Queries of open source and law enforcement sensitive databases located ROBERT ANDREW RILEY, date of birth 10/12/1993, of 8455 Alabama Highway 139, Randolph, AL 36792. A query of the Alabama Department of Motor Vehicles database located the driver's license photo for RILEY which appears consistent with both the photograph provided to the UC and the photographs on the aforementioned Facebook page.

### 4.  Richard Casey MCGARRATH

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "littlesarah6021," KIK provided records indicating the display name on the account was "Kyle James," the associated email account was jameskyle603@yahoo.com, and that account was installed on an iPhone device. Included in the response from KIK were also IP logs spanning February 16, 2019 to March 18, 2019. Examination of these logs yielded combination of T-Mobile natting IP addresses and a Frontier Communications IP address, 47.200.47.180. An administrative subpoena was

served on Yahoo!, Inc. requesting subscriber information associated with "jameskyle603@yahoo.com." Responsive records from Yahoo! identified the subscriber as "kyle james," with verified telephone number of 740-975-8213. An administrative subpoena was served Frontier Communications requesting subscriber identification and physical service address information associated with IP address 47.200.47.180. Responsive records provided by Frontier Communications indicate that at the relevant dates and times, IP address 47.200.47.180 was subscribed to by "Richard McGarrah" with a service address at 4410 67th Ave Circle, Sarasota, FL.

Queries of open source databases have shown MCGARRAH to be associated with telephone number 740-975-8213. Additionally, law enforcement tools have determined that service for telephone number 740-975-8213 is provided by T-Mobile and is currently associated with an iPhone. A query of the Florida Department of Motor Vehicles database has located a driver's license for RICHARD CASEY MCGARRAH, date of birth 11/22/1980, with a residence address at 4410 67th Ave Cir., Sarasota, FL.

### 5. Ashley Anne IVERSON

In response to the administrative subpoena for subscriber and IP log information associated with KIK user "lacylaw2," KIK provided records indicating the account was currently installed on a TCL Android A502DL cell phone. Included in the response from KIK were also IP logs spanning March 6, 2019 to March 12, 2019. Examination of these logs yielded a combination of Verizon Wireless natting IPs and a South Central Communications IP address, 198.71.123.68.

An administrative subpoena was served on South Central Communications requesting subscriber identification and physical service address information associated with IP address 198.71.123.68. Responsive records provided by South Central Communications indicate that at the dates and times it was used to access the "lacylaw2" KIK account, IP address 198.71.123.68 was

subscribed to by Cindy Carter, with a services address of 1127 Glen Canyon Drive, Page, Arizona 86040, and a billing address of Po Box 2415 Page, Arizona 86040. An administrative subpoena was served on Verizon requesting telephone number, subscriber identification information, and billing address associated with the IP addresses at dates and times they were used to access the "lacylaw2" KIK account. Verizon provided responsive records indicating that at the date and times the IP addresses were used to access the account, they were assigned to telephone number 928-614-9272, which is currently associated with a cellular device bearing IMEI 015423000061520, but had been resold to Tracfone. An administrative subpoena was served on Tracfone requesting subscriber identification information associated with telephone number 928-614-9272. Responsive records provided by Tracfone provided no subscriber information except that the associated zip code was 86040, and the IMEI of the device with which it was associated was that which had been previously provided by Verizon. A query of the provided IMEI indicates it belongs to a TCL Android A502DL.

Open source queries for Cindy Carter provide an a/k/a of Cindy Iverson. Additional queries of open source and law enforcement databases located an associated person, ASHLEY ANNE IVERSON, who is also associated with both the service address and the billing address of the South Central Communications account being used to access the "laylaw2" KIK account. A query of the Arizona Department of Motor Vehicles database located ASHLEY ANNE IVERSON, date of birth 2/9/1986, with a provided residence address of 65 Aero Ave, Page, Arizona 86040. Open source queries for Cindy Carter provide an a/k/a of Cindy Iverson, and associations with all aforementioned addresses. IVERSON's driver's license photograph appears to depict the same individual as that in the profile photograph of the "lacylaw2" KIK account and the nude video sent by IVERSON to the group. Additionally, IVERSON's criminal history indicates she has a tattoo on her abdomen.

Respectfully submitted,

Alix Skelton
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _9th_ day of April 2019.

The Honorable Deborah A. Robinson
United States Magistrate Judge

26